Matthew C. Addison (NSBN 4201)
Sarah A. Ferguson (NSBN 14515)
MCDONALD CARANO, LLP
100 W. Liberty Street, Tenth Floor
Reno, NV 89501
Telephone: (775) 788-2000
sferguson@mcdonaldcarano.com
maddison@mcdonaldcarano.com

Matthew O. Stromquist
PILGRIM CHRISTAKIS LLP
321 N. Clark Street, 26th Floor
Chicago, Illinois 60654
Telephone: (312) 361-3457
mstromquist@pilgrimchristakis.com
(*Pro Hac Vice Petition Forthcoming*)

*Attorneys for Defendant*
*IQOR GLOBAL SERVICES, LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| TRACI WALDSCHMIDT,<br><br>    Plaintiff,<br><br>vs.<br><br>IQOR GLOBAL SERVICES, LLC, SUTHERLAND GLOBAL SERVICES, INC., GRANADA SERVICES, INC.,<br><br>    Defendants. | Case No. 2:20-CV-00016-GMN-DJA<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT IQOR GLOBAL SERVICES, LLC TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br>**(FIRST REQUEST)** |

Plaintiff Traci Waldschmidt and Defendant iQor Global Services, LLC ("iQor"), by undersigned counsel, hereby agree and stipulate that the deadline by which iQor must answer or otherwise respond to the Complaint is extended to February 14, 2020. This extension is appropriate to allow iQor's retained counsel to review and analyze the Complaint and prepare an appropriate response. This is the parties' first request for an extension of time and is not

/ / /

/ / /

1

intended to cause any undue delay or prejudice any party.

DATED: January 31, 2020.

| PRICE LAW GROUP, APC | MCDONALD CARANO LLP |
|---|---|

By: /s/ Steven Alpert
Steven Alpert
5490 S. Rainbow Blvd., Suite 3014
Las Vegas, Nevada 89118
Telephone: (702) 794-2008

*Attorney for Plaintiff Traci Waldschmidt*

By: */s/* Sarah A. Ferguson
Matthew C. Addison
Sarah A. Ferguson
100 W. Liberty Street, Tenth Floor
Reno, NV 89501
Telephone: (775) 788-2000

Matthew O. Stromquist
PILGRIM CHRISTAKIS LLP
321 N. Clark Street, 26th Floor
Chicago, Illinois 60654
Telephone: (312) 361-3457
*(Pro Hac Vice Petition Forthcoming)*

*Attorneys for Defendant*
 *iQor Global Services, LLC*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 3, 2020