# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TRACI WALDSCHMIDT<br><br>　　　　Plaintiff,<br><br>vs.<br><br>IQOR GLOBAL SERVICES, LLC, SUTHERLAND GLOBAL SERVICES, INC., GRANADA SERVICES, INC.,<br><br>　　　　Defendants. | Case No. 2:20-cv-00016-GMN-DJA<br><br>**ORDER GRANTING MOTION TO WITHDRAW COUNSEL** |

Before the Court is this Motion to Withdraw as Counsel filed by Plaintiff Traci Waldschmidt ("Plaintiff"), by and through its counsel of record. Having reviewed and considered the Motion, and for good cause shown,

IT IS HEREBY ORDERED that the Motion to Withdraw as Counsel for Plaintiff is GRANTED. Attorney David A. Chami is hereby permitted to withdraw as counsel for Plaintiff, and the Clerk of the Court is accordingly DIRECTED to terminate David A. Chami as counsel of record for Plaintiff in the above-entitled matter. Plaintiff will continue to be represented in this action by Attorney Steven Alpert of Price Law Group, APC.

Dated: February 5, 2020.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Daniel J. Albregts
　　　　　　　　　　　　　　　　　United States Magistrate Judge