Amanda C. Yen (SBN 9726)
Rory T. Kay (SBN 12416)
Sarah A. Ferguson (SBN 14515)
McDONALD CARANO LLP
2300 W. Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Telephone: 702.873.4100
Facsimile: 702.874.9966
rkay@mcdonaldcarano.com
sferguson@mcdonaldcarano.com

*Attorneys for Defendant*
*SUTHERLAND GLOBAL SERVICES, INC.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRACI WALDSCHMIDT,<br><br>Plaintiff,<br><br>v.<br><br>IQOR GLOBAL SERVICES, LLC,<br>SUTHERLAND GLOBAL SERVICES, INC.,<br>GRANADA SERVICES, INC.,<br><br>Defendants. | Case No. 2:20-CV-00016-GMN-DJA<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT SUTHERLAND GLOBAL SERVICES, INC. TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Traci Waldschmidt and Sutherland Global Services, Inc. ("Sutherland"), by and through undersigned counsel, hereby agree and stipulate that the deadline by which Sutherland must answer or otherwise respond to the Complaint is extended to February 20, 2020. This extension is appropriate to allow Sutherland's retained counsel to review and analyze the Complaint and prepare an appropriate response.

. . .

. . .

. . .

. . .

. . .

. . .

This is the parties' first request for an extension of time and is not intended to cause any undue delay or prejudice any party.

DATED this 6th day of February, 2020.                    DATED this 6th day of February, 2020.

McDONALD CARANO LLP                                       PRICE LAW GROUP, APC

/s/Rory T. Kay_____                    /s/Steven Alpert_____
Amanda C. Yen (SBN 9726)                                  Steven Alpert (SBN 8353)
Rory T. Kay (SBN 12416)                                   5490 South Rainbow Boulevard, Suite 3014
Sarah A. Ferguson (SBN 14515)                             Las Vegas, Nevada 89118
2300 W. Sahara Ave, Suite 1200                            Telephone: (702) 794-2008
Las Vegas, NV 89102
Telephone: (702) 873-4100                                 *Attorneys for Plaintiff Traci Waldschmidt*

*Attorneys for Defendant SUTHERLAND GLOBAL SERVICES, INC.*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 7, 2020

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am employee of McDonald Carano LLP, and on this 6th day of February, 2020, I caused a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT SUTHERLAND GLOBAL SERVICES, INC. TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT (FIRST REQUEST)** to be served electronically via the U.S. District Court's CM/ECF system upon the parties listed on the U.S. District Court's Notice of Electronic Filing ("NEF") service list in the above-captioned case.

                                                     */s/ Jelena Jovanovic*
                                                     An employee of McDonald Carano LLP