Rory T. Kay (NSBN 12416)
Sarah A. Ferguson (NSBN 14515)
MCDONALD CARANO LLP
2300 W. Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Telephone: (702) 873-4100
rkay@mcdonaldcarano.com
sferguson@mcdonaldcarano.com

*Attorneys for Defendants*
*SUTHERLAND GLOBAL SERVICES, INC.*
*AND IQOR GLOBAL SERVICES, LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TRACI WALDSCHMIDT,<br><br>Plaintiff,<br><br>vs.<br><br>IQOR GLOBAL SERVICES, LLC, SUTHERLAND GLOBAL SERVICES, INC., GRANADA SERVICES, INC.,<br><br>Defendants. | Case No. 2:20-CV-00016-GMN-DJA<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT SUTHERLAND GLOBAL SERVICES, INC. TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>**(SECOND REQUEST)** |

Plaintiff Traci Waldschmidt and Sutherland Global Services, Inc. ("Sutherland"), by and through undersigned counsel, hereby agree and stipulate that the deadline by which Sutherland must answer or otherwise respond to the Complaint is extended to March 9, 2020. This extension is appropriate to allow Sutherland's retained counsel to review and analyze the Complaint and prepare an appropriate response.

///

///

///

///

This is the parties' second request for an extension of time and is not intended to cause any undue delay or prejudice any party.

DATED: February 20, 2020.

PRICE LAW GROUP, APC          MCDONALD CARANO LLP

By: /s/ Steven Alpert          By: /s/ Rory T. Kay
   Steven Alpert                  Rory Kay
   5490 S. Rainbow Blvd., Suite 3014   Sarah A. Ferguson
   Las Vegas, Nevada 89118        2300 W. Sahara Avenue, Suite 1200
   Telephone: (702) 794-2008      Las Vegas, Nevada 89102
                                  Telephone: (702) 873-4100

*Attorney for Plaintiff Traci Waldschmidt*

   *Attorneys for Defendant*
   *Sutherland Global Services, Inc.*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 24, 2020