Rory T. Kay (NSBN 12416)
Sarah A. Ferguson (NSBN 14515)
MCDONALD CARANO, LLP
2300 W. Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Telephone: (702) 873-4100
rkay@mcdonaldcarano.com
sferguson@mcdonaldcarano.com

*Attorneys for Defendants*
*SUTHERLAND GLOBAL SERVICES, INC.*
*AND IQOR GLOBAL SERVICES, LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TRACI WALDSCHMIDT,<br><br>Plaintiff,<br><br>vs.<br><br>IQOR GLOBAL SERVICES, LLC,<br>SUTHERLAND GLOBAL SERVICES, INC.,<br>GRANADA SERVICES, INC.,<br><br>Defendants. | Case No. 2:20-CV-00016-GMN-DJA<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT SUTHERLAND GLOBAL SERVICES, INC. TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>**(THIRD REQUEST)** |

Plaintiff Traci Waldschmidt and Sutherland Global Services, Inc. ("Sutherland," and together with Plaintiff, the "Parties"), by and through undersigned counsel, hereby agree and stipulate that the current March 9, 2020 deadline by which Sutherland must answer or otherwise respond to the Complaint is extended to March 30, 2020. Sutherland's retained counsel has thoroughly reviewed and analyzed the Complaint and allegations therein, and the Parties are now engaged in good faith discussions in an effort to resolve Plaintiff's claims. This extension is appropriate in order to allow the Parties to exhaust their efforts to reach an early settlement and, if necessary, Sutherland to prepare an appropriate response to the Complaint.

This is the parties' third request for an extension of time and is not intended to cause any undue delay or prejudice any party.

DATED: March 6, 2020.

| PRICE LAW GROUP, APC | MCDONALD CARANO LLP |
|---|---|
| By: /s/ Steven Alpert<br>Steven Alpert (NSBN 8353)<br>5490 S. Rainbow Blvd., Suite 3014<br>Las Vegas, Nevada 89118<br>Telephone: (702) 794-2008<br><br>*Attorney for Plaintiff Traci Waldschmidt* | By: */s/ Rory T. Kay*<br>Rory Kay (NSBN 12416)<br>Sarah A. Ferguson (NSBN 14515)<br>2300 W. Sahara Avenue, Suite 1200<br>Las Vegas, Nevada 89102<br>Telephone: (702) 873-4100<br><br>*Attorneys for Defendant<br>Sutherland Global Services, Inc.* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 6, 2020