Steven Alpert (NSBN 8353)
PRICE LAW GROUP, APC
5940 S. Rainbow Blvd, Suite 3014
Las Vegas, NV 89118
Telephone:(702)794-2008
Email: alpert@pricelawgroup.com
*Attorneys for Plaintiff*
*Traci Waldschmidt*

*Additional Counsel listed on Signature Page*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TRACI WALDSCHMIDT,<br><br>Plaintiff,<br><br>vs.<br><br>IQOR GLOBAL SERVICES, LLC,<br>SUTHERLAND GLOBAL SERVICES, INC.,<br>GRANADA SERVICES, INC.,<br><br>Defendants. | Case No. 2:20-CV-00016-GMN-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff TRACI WALDSCHMIDT ("Plaintiff") on one hand, and Defendants IQOR GLOBAL SERVICES, LLC, and SUTHERLAND GLOBAL SERVICES, INC. (collectively, "Defendants," and together with Plaintiff, the "Parties") on the other hand, by and through their respective counsel of record, HEREBY STIPULATE that the above-captioned action ("Action"), and all of Plaintiff's claims against Defendants and defendant GRANADA SERVICES, INC. ("Granada")[1] herein, be DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated this __18__ day of May, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

---
[1] Granada has not appeared in the Action.

1

DATED: May 15, 2020

| PRICE LAW GROUP, APC | MCDONALD CARANO LLP |
|---|---|
| By: /s/ Steven Alpert<br>Steven Alpert (NSBN 8353)<br>5490 S. Rainbow Blvd., Suite 3014<br>Las Vegas, Nevada 89118<br>Telephone: (702) 794-2008<br><br>*Attorneys for Plaintiff Traci Waldschmidt* | By: */s/* Rory T. Kay<br>Rory Kay (NSBN 12416)<br>Sarah A. Ferguson (NSBN 14515)<br>2300 W. Sahara Avenue, Suite 1200<br>Las Vegas, Nevada 89102<br>Telephone: (702) 873-4100<br><br>*Attorneys for Defendant<br>Sutherland Global Services, Inc.* |

PILGRIM CHRISTAKIS LLP

By: /s/ Matthew Stromquist
Matthew Stromquist, Esq. (admitted *PHV*)
321 North Clark Street, 26th Floor
Chicago, IL 60654
Telephone: (312) 361-3457

*Attorneys for Defendant
iQor Global Services, LLC*

4820-5042-3996.2